

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-15-00504-CV

**IN THE INTEREST OF C.S.D. AND J.C.D.,** Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01571
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On July 24, 2015, the trial court signed an order terminating Appellant's rights to her child G.C.D. On August 13, 2015, Appellant filed a notice of accelerated appeal. *See* TEX. R. APP. P. 26.1(b). The reporter's record was due on August 24, 2015. *See id.* R. 35.1(b).

On the record's due date, court reporter Amelia Guillen filed a notification of late reporter's record. She indicated she had just received the notice of appeal that morning, she estimated the record at 100 pages, and she requested a thirty-day extension of time to file the record.

The reporter's motion for extension of time to file the reporter's record is **granted in part**. **The reporter's record must be filed with this court by September 3, 2015.** *Cf.* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

The children's "need for permanence is the paramount consideration for [their] present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays in obtaining the reporter's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West Supp. 2012)).

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of this court is directed to deliver a copy of this order to the Honorable Charles Montemayor, Associate Judge for the Children's Court. *See also* TEX. R. APP. P. 28.4 (b) (providing that in appeals from orders terminating parental rights, "**the trial court must direct the official or deputy reporter to**

**immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary."** (emphasis added)).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court